```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  LATONYA SMITH
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,   )    2:04-cr-424 GEB
11                              )
              Plaintiff,        )
12                              )    RELEASE ORDER
         v.                     )
13                              )
    LATONYA NASHA SMITH,        )
14                              )    Judge: Hon. Garland E. Burrell, Jr.
              Defendant.        )
15                              )
    _____)
16
```

17    The defendant, Latonya Nash Smith, shall be released on Monday,
18 May 7, 2007, at 9:00 a.m. from the United States Marshal's Office to
19 the custody of United States Probation Officer John Poglinco, or to any
20 United States Probation Officer attached to this court, for further
21 transportation to the Transitional Living and Community Support Program
22 as arranged by a United States Probation Officer.

23    **IT IS SO ORDERED.**

24 Dated:  May 4, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge