```
MCGREGOR W. SCOTT
United States Attorney
SEAN C. FLYNN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2771
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 04-0424-GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| LATONYA NASHA SMITH, ) | Date: September 7, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Hon. Garland E. Burrell, Jr. |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendant, LATONYA NASHA SMITH, by and through her counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the disposition hearing in the above-captioned matter set for Friday, August 31, 2007, be continued to Friday, September 7, 2007 at 9:00 a.m.

```
                                  Respectfully Submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATE: August 30, 2007    By:   /s/ Sean C. Flynn
                                  SEAN C. FLYNN
                                  Assistant U.S. Attorney
```

1

```
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATE: August 30, 2007     By:   /s/Sean Flynn for Jeffrey Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
```

O R D E R

IT IS SO ORDERED.

Dated:  August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge